**980 TURNBULL vs. GIDDINGS (President) and ALWARD (Secretary of the Senate), No. 13382.**

**981 BARKWORTH vs. SPEAKER AND CLERK OF THE HOUSE OF REPRESENTATIVES, No. 13383, 95 M., 314.**

To compel respondents to receive certain protests and enter the same on the journals of their respective bodies.

Denied April 14, 1893.

Held, that mandamus will not issue unless it clearly appears that the person to whom it is directed has the absolute power to execute the mandate of the court.

**982 DEWEY vs. STATE BOARD OF AUDITORS, 32 M., 191.**

To require the respondents to act upon a claim of the relator for extra compensation for services performed in the compilation of the Compiled Laws of 1871, in accordance with the provisions of a joint resolution of the legislature of 1875.

Denied June 9, 1875.

Held, that the board of State auditors are made by the constitution an independent tribunal, over which the courts have no supervisory control, and the Supreme Court has no jurisdiction by mandamus to coerce or direct their action.